JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 640 -- In re Air Crash Disaster at Jacksonville, Florida, on Dec. 6, 1984

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/03/29 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Deft. Embraer Empresa Brasileira De Aeronautica, S.A. -- w/cert of . svc. -- SUGGESTED TRANSFEREE DISTRICT: M.D. FLORIDA -- SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/04/05 | 2 | RESPONSE -- Sandra A. Riley -- w/Exhibit and cert. of svc. (emh) |
| 85/04/08 | | APPEARANCES:  BRIAN C. HARRINGTON for Lorrie Krieger; ROBERT R. SMILEY, III for Charles Echol Spragins; GEORGE N. TOMPKINS, JR. for Embraer-Empresa Brasileira de Aeronautica, S.A. and Embraer Aircraft Corp.  (emh) |
| 85/04/12 | | HEARING  ORDER    -- Setting Motion for transfer of A-3 thru A-5 for Panel hearing on May 16, 1985, in Wash., D.C.  (ds) |
| 85/04/15 | 3 | RESPONSE -- Pltf. Janet K. Lite -- w/cert. of svc. (emh) |
| 85/04/17 | 4 | RESPONSE -- Charles Echol Spagins w/cert. of svc. (ds) |
| 85/04/18 | | APPEARANCES -- Samuel M. Spatzer for Denise Ashby (emh) |
| 85/04/18 | 5 | RESPONSE -- Lorrie Krieger -- w/cert. of svc. (emh) |
| 85/04/19 | | APPEARANCES -- BILL WAGNER, ESQ. for Sandra S. Riley, etc.; G. MICHAEL SIMMON, ESQ. for Janet K. Lite, et al.; JOHN J. MARTIN, ESQ. for Provincetown-Boston Airline, Inc.  (ds) |
| 85/04/22 | 6 | RESPONSE -- Pltf. Denise Ashby -- w/cert. of svc. (rh) |
| 85/05/02 | 7 | RESPONSE -- Deft. Provincetown-Boston Airline, Inc. -- w/cert. of svc. (rh) |
| 85/05/15 | | HEARING APPEARANCES: BILL WAGNER, ESQ. for Estate of Patrick J. Riley; GEORGE N. TOMPKINS, JR., ESQ. for Embraer-Empresa, etc.; JOHN J. MARTIN, ESQ. for Provincetown-Boston Airline, Inc.; ROBERT R. SMILEY, III, ESQ. for Estate of Joyce Dingly Spragins; BRIAN C. HARRINGTON, ESQ. for Lorrie Krieger, etc.; SAMUEL M. SPATZER, ESQ. for Estate of Thomas M. Ashby; G. MICHAEL SIMMON, ESQ.  FOR Estate of Alfred Lite  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/06/12 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Elizabeth A. Kovachevich in the Middle District of Florida pursuant to 28 U.S.C. §1407 (rh) |
| 85/06/12 | | TRANSFER ORDER -- A-1 thru A-5 to the Middle District of Florida for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved counsel, misc. recipients, judges, and clerks (rh) |
| 86/03/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 Bruce T. MacIlveen, et al. v. Provincetown Boston Airline, Inc., et al., S.D. Florida, C.A. No. 86-0081-CIV-HASTINGS -- Notified involved counsel and judges (rh) |
| 86/04/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 Bruce T. MacIlveen, et al. v. Provincetown Boston Airline, Inc., et al., S.D. Florida, C.A. No. 86-0081-CIV-HASTINGS (tmq) |
| 87/02/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-11 Hilda J. Palmer, etc. v. Embraer-Empresa Brasileira De Aeronautica S.A., S.D. Florida, C.A. No. 86-6954-CIV-WJZ -- Notified involved counsel and judges (rh) |
| 87/02/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-11 Hilda J. Palmer, etc. v. Embraer-Empresa Brasileira De Aeronautica S.A., S.D. Florida, C.A. No. 86-6954-CIV-WJZ -- Notified involved clerks and judges. (tmq) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 640 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Jacksonville, Florida, on December 6, 1984

### SUMMARY OF LITIGATION

| Hearing Dates May 16, 1985 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 12, 1985 | TO | unpublished | M.D. Florida | Hon. Elizabeth A. Kovachevich | |

**Special Transferee Information**

DATE CLOSED: 12/12/88

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 640 -- In re Air Crash Disaster at Jacksonville, Florida, on December 6, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lorrie Krieger, etc. v. Provincetown-Boston Airline, Inc., et al. | M.D.Fla. Kovachevich | 85-195-CIV-T-17 | | | | |
| A-2 | Charles Echol Spragins, etc. v. Provincetown-Boston Airline, Inc., et al. | M.D.Fla. C̶i̶v̶/̶ Kovachevich | 85-196-CIV-T-13 | | | | |
| A-3 | Denise Ashby, etc. v. Embraer-Empresa Brasileira De Aeronautica, S.A. | S.D.Fla. Roettger | 85-6162 | 6-12-85 | 85-1100 | 12/12/88 D | |
| A-4 | Sandra S. Riley, etc. v. Provincetown - Boston Airline, Inc., et al. | S.D.Fla. Spellman Arnovitz | 85-0441 | 6-12-85 | 85-1101 | 4/2/87 D | |
| A-5 | Janet K. Lite, et al. v. Embraer-Empresa Brasileira De Aeronautica, S.A. | S.D.Fla. Gonzalez | 85-6223 | 6-12-85 | 85-1102 | 2-8-86 L-D | |
| XYZ-6 | Susan Williams, etc. v. Providencetown-Boston Airline, Inc., et al. | M.D. Fla. Kovachevich | 85-1539 | | | | |
| XYZ-7 | Mercedes Fernandez, etc. v. Embraer-Empresa Brasileira de Aeronautica, S.A., et al. | M.D.Fla. | 85-1776 | | | 8/4/88 D | |
| B-8 | Bruce T. MacIlveen, et al. v. Provincetown Boston Airline, Inc. et al. 5-14-86 | S.D.Fla. Hastings | 86-0081-CIV-HASTINGS | 4/1/86 | 86 354 Cw T-17 | 3/19/87 D | |
| XYZ-9 | Honora Ellen Killinger, etc. v. Embraer-Empresa Brasilera De Aeronautica, S.A., et al. | M.D.Fla. Kovachevich | 86-245-Civ-T-17-C | | | | |

July 1986 - 1 TR/3 XXZ/1 Re/ 8 Reg.

Case MDL No. 640   Document 1   Filed 06/02/15   Page 5 of 7

DOCKET NO. 640 -- Air Crash Disaster at Jacksonville, Fla., on Dec. 6, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-10 | John A. Hibbert, et al. v. Provincetown Boston Airlines, Inc., et al. | M.D.Fla. | 86-1600-Civ-T-15B | | | 3/2/87D | |
| C-11 | Hilda J. Palmer, etc. v. Embraer-Empresa Brasileira De Aeronautica S.A. 2-11-81 | S.D.Fla. Zloch | 86-6954-CIV-WJZ | 2/27/87 | 87-215-Civ T-WC | 3/24/87D | |
| XYZ-12 | Provincetown-Boston Airlines, Inc. v. Embraer Aircraft Corp., etal. | M.D.Fla. | 87-202-Civ.-T-13(A) | | | 2/17/88D | |

July 1987 - 1 TR / 2 X 2/4 Dis / 7 Pending

July 1988 - 6 Dis / 1 Pdg.

July 1989 - 1 Dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>640</u> -- <u>In re Air Crash Disaster at Jacksonville, Florida, on</u>

<u>December 6, 1984</u>

<u>LORRIE KRIEGER, ETC. (A-1)</u>
Brian C. Harrington, Esq.
Jacobs, Robbins, Gaynor, Burton, Hampp,
  Burns, Bronstein & Shasteen
One Plaza Place, N.E., Suite 500
Post Office Box 14034
St. Petersburg, Florida  33733

<u>CHARLES ECHOL SPRAGINS, ETC. (A-2)</u>
Robert R. Smiley, III, Esq.
Smiley, Olson, Gilman & Pangia
P.O. Box 67
Charleston, South Carolina  29402

<u>DENISE ASHBY, ETC. (A-3)</u>
Samuel M. Spatzer, Esq.
4610 Ponce De Leon Boulevard
Suite 310
Coral Gables, Florida  33146

<u>SANDRA S. RILEY, ETC. (A-4)</u>
Bill Wagner, Esquire
Wagner, Cunninghan, Vaughan
  & McLaughlin
708 Jackson Street
Tampa, Florida 33602

<u>JANET K. LITE, ET AL. (A-5)</u>
G. Michael Simmon, Esquire
F. Lee Bailey and Aaron J. Broder
Empire State Building, Suite 4710
New York, New York 10118

EMBRAER-EMPRESA BRASILEIRA
  de AERONAUTICA, S.A.
<u>EMBRAER AIRCRAFT CORPORATION</u>
George N. Tompkins, Jr., Esq.
Condon & Forsyth
1251 Avenue of the Americas
New York, New York  10020

<u>PROVINCETOWN-BOSTON AIRLINE, INC.</u>
John J. Martin, Esq.
Bigham, Englar, Jones
  & Houston
14 Wall Street
New York, New York  10005

<u>BRUCE T. MACILVEEN, ET AL. (B-8)</u>
Harold F. Herring, Esq.
Lanier, Shaver & Herring
404 Madison Street South
Huntsville, Alabama  35801

<u>HILDA J. PALMER, ETC. (C-11)</u>
Kreindler & Kreindler
100 Park Ave.
New York, New York  10017

Anderson, Moss, Russo & Gievers
2300 New World Tower
100 North Biscayne Blvd.
Miami, Florida  33132

JPML FORM 3

p. ___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 640 -- In re Air Crash Disaster at Jacksonville, Florida, on
December 6, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| Provincetown-Boston Airline, Inc. | A-1, A-2, A-4, A-5, B-8 |
| Empresa Brasileira De Aeronautica, S.A. | A-1, A-2, A-3, A-4, A-5, B-8, C-11 |
| Embraer Aircraft Corp. | A-1, A-2, B-8 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |